26 A.3d 468

IN THE MATTER OF STANLEY E. MARCUS, AN ATTORNEY AT LAW (ATTORNEY NO. 263031970).

September 12, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–014, concluding that **STANLEY E. MARCUS** of **NEWARK,** who was admitted to the bar of this State in 1970, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(b) (failure to communicate with a client), and good cause appearing;

It is ORDERED that **STANLEY E. MARCUS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.